# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | |
|---|---|
| JAMES DIETZ, ADMINISTRATOR OF THE ESTATES OF JOHN KENNETH LALLO, SR., DECEASED AND DIANA CHRISTINE CEO LALLO, DECEASED; JOHN K. LALLO, JR.; MELISSA LALLO-JOHNSON; ERICA HOAR; AND SAMANTHA LALLO | : No. 63 EM 2019 |
| v. | |
| AVCO CORPORATION, LYCOMING ENGINES, AVCO LYCOMING-TEXTRON WILLIAMSPORT, CONTINENTAL MOTORS, INC., TELEDYNE CONTINENTAL MOTORS, INC., BENDIX CORPORATION, UNISON INDUSTRIES, LLC., UNISON INDUSTRIES, INC., ALLIED SIGNAL, INC., HONEYWELL INTERNATIONAL, INC., INTERFACE PERFORMANCE MATERIALS, INC., INTERFACE SOLUTIONS, INC., NEW ISI, INC. AND QUALITY AIRCRAFT ACCESSORIES, INC. | |
| PETITION OF: CONTINENTAL MOTORS, INC. | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 27th day of June, 2019, the Application for Extraordinary Relief and for Review of the Denial of a Stay is hereby DENIED.